IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LEE LIFENG HSU, | § | |
| | § | No. 476, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N25C-03-083 |
| TRINIDAD NAVARRO | § | |
| (DELAWARE INSURANCE | § | |
| COMMISSIONER) and JORDAN | § | |
| SCHULTIES (DELAWARE CHIEF | § | |
| INFORMATION OFFICER), | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: March 27, 2026
Decided: May 20, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

### ORDER

After considering the opening and answering briefs and the record below, we find it evident that the Superior Court's judgment should be affirmed on the basis of the court's October 28, 2025 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice